**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22238/1769133120

Dated: January 20, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ryan R. Palmer and Marla Diane Palmer<br>     Debtors.<br>_____<br>JP Morgan Chase Bank, N.A.<br>     Movant,<br>  vs.<br>Ryan R. Palmer and Marla Diane Palmer, Debtors,<br>Russell A. Brown, Trustee.<br>     Respondents. | No. 2:09-BK-20039-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #27) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

>LOT 1, DESERT CROSSING, ACCORDING TO THE PLAT RECORDED IN CABINET D, SLIDE 62, RECORDS OF PINAL COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.